## 28 U.S.C. § 1746 DECLARATION OF ROBERT SCHMIDT

1. My name is Robert Schmidt. I am over the age of eighteen (18), and I am competent and qualified to make this Declaration. I have personal knowledge of the facts in this Declaration and they are true and correct.

2. I am an attorney representing the plaintiffs in this wage and overtime case brought under the Fair Labor Standards Act against Land Restoration LLC and Land Restoration Holdings LLC ("Land Restoration" or "Defendants").

3. I have had multiple phone conversations and email communications with Mike Golden, attorney for Defendants, about the present case brought against Land Restoration by Sergio Contreras and Alberto Sanchez on behalf of themselves and others similarly situated. In a phone conversation about the case on November 15, 2016, counsel for Defendants stated words to the effect that Land Restoration has talked to all of its employees in the potential class about this suit. Counsel for Defendants stated words to the effect that none of their employees want to opt in to the suit because "they don't like your guys." Counsel for Defendants also stated words to this effect in a phone conversation on January 4, 2017.

4. In these phone conversations, counsel for Defendants also stated words to the effect that Land Restoration intends to pay unidentified amounts to their employees relating to unpaid overtime, separate from this lawsuit and not as a part of any possible settlement of this suit. In the phone conversation on January 4, 2017, counsel for Defendants stated that Land Restoration has not yet made any payments to the workers. Counsel for Defendants did not state (and I did not ask) whether Land Restoration has spoken with its workers regarding its intention to make payments to them relating to unpaid overtime.



EXHIBIT C

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of  January , 2017.

_____
Robert W. Schmidt