# COURT NOTICE OF YOUR RIGHT
## To Claim Unpaid Wages from
## El Coliseo/The Coliseum of Austin

### Does This Affect Me?

You might be owed money for unpaid wages if you worked as a tipped bartender or barback at El Coliseo/The Coliseum of Austin at any time after July 23, 2012.

### What Is This About?

The workers who brought this case say that:
- Management kept some of their tips.
- They weren't paid for all of the hours they actually worked.

If any of these things happened to you, *this is your notice to file a claim.*

The owners deny all of this. The Court will not decide who is right until later.

The workers may receive money if they win at trial or settle with the night clubs.

### What If I Don't Have Papers?

You have the right to file a claim *regardless of your immigration status.* The court *will not* allow anyone to:
- Ask whether you are documented.
- Threaten or try to scare you.
- Report you to immigration enforcement.

### What Happens If I File A Claim?

If the workers win, you may receive money. If the workers lose, you cannot sue the nightclubs again.

You *will not* have to pay the lawyers *anything* out of your pocket. You might have to answer questions or provide evidence, if you have any.

### What Happens If I Don't File A Claim?

You will not receive any money from this lawsuit.

If you are owed wages, you could sue the night clubs on your own if you file within the deadline.

### How Do I File A Claim?

Fill out the Consent and Information forms:
- online at [insert URL] or
- return the attached forms by mail or email.

*You must return the forms by [date]         .*
The longer you wait to file, the less money you will be allowed to claim.

### What If I Have Questions?

For more information, contact the workers' attorneys for a free, confidential consultation:

**Aaron Johnson, Attorney**
**EQUAL JUSTICE CENTER**
**(512) 474-0007, ext. 104**
ajohnson@equaljusticecenter.org
www.equaljusticecenter.org

**Austin Kaplan, Attorney**
**KAPLAN LAW FIRM, PLLC**
**(512) 553-9390**
akaplan@kaplanlawatx.com
www.kaplanlawatx.com

**The United States District Court in Austin, Texas approved this Notice but takes no position on the merits of the case.**

EXHIBIT D

Exhibit A