# COURT NOTICE OF YOUR RIGHT
## To Claim Unpaid Overtime and Wages from Land Restoration

### Does This Affect Me?

You might be owed money for unpaid wages and overtime if you worked as a manual laborer at Land Restoration and were paid hourly or a daily rate any time after July 20, 2013.

### What Is This About?

The workers who brought this case say that:
- They were not paid overtime.
- They weren't paid for all of the hours they actually worked.

If any of these things happened to you, *this is your notice to file a claim.*

The defendants deny all of this. The Court will not decide who is right until later. The workers may receive money if they settle with Land Restoration or they win at trial.

### What If I Don't Have Papers?

You have the right to file a claim *regardless of your immigration status.* The court *will not* allow anyone to:
- Ask whether you are documented.
- Threaten or try to scare you.
- Report you to immigration enforcement.

### No Retaliation Permitted.

*You cannot be retaliated against, fired, demoted, disciplined or otherwise discriminated against* for joining this suit, whether you currently work for Land Restoration or somewhere else. It is your legal right to participate in this suit if you choose.

### What Happens If I File A Claim?

If the workers win, you may receive money, such unpaid overtime, wages, or other damages. If the workers lose, you cannot sue Land Restoration again.

You *will not* have to pay the lawyers *anything* out of your pocket. You might have to answer questions or provide evidence, if you have any.

### What Happens If I Don't File A Claim?

You will not receive any money from this lawsuit.

If you are owed wages, you could sue Land Restoration on your own if you file within the deadline.

### How Do I File A Claim?

Fill out the Consent and Information forms and return the attached forms by mail or email.

*You must return the forms by __[date]_____.*
The longer you wait to file, the less money you may be allowed to claim.

### What If I Have Questions?

You can contact the attorney of your choice or the workers' attorney for a free, **confidential consultation**. The attorney representing the workers is:

Robert W. Schmidt, Attorney
CREWS LAW FIRM, P.C.
(512) 346-7077
schmidt@crewsfirm.com
www.crewsfirm.com

**The United States District Court in Austin, Texas authorized this Notice but takes no position on the merits of the case.**



EXHIBIT E

## **CONSENT TO JOIN FLSA UNPAID OVERTIME AND WAGES LAWSUIT**

I agree to join the lawsuit filed by Sergio Contreras and Alberto Sanchez ("Named Plaintiffs"), on behalf of themselves and all other employees with the same or similar claims, to recover unpaid wages, overtime, liquidated damages, attorneys' fees, and costs from Land Restoration.

I agree to allow the Named Plaintiffs to make decisions on my behalf in this case, including entering into settlement agreements, entering into agreements with plaintiff's counsel concerning attorneys' fees and costs, and all of the decisions that the plaintiffs in this case need to make.

I understand that the Named Plaintiffs have entered into an attorneys fee and legal representation agreement ("Representation Agreement") with Crews Law Firm, P.C. and I agree to be bound by it. I understand that the Crews Law Firm will send me a copy of the Representation Agreement, or I can request a copy.

I understand and agree that the Crews Law Firm or the Named Plaintiffs may in the future appoint other individuals to be Named Plaintiffs. I also understand and agree that this consent may be used in the current case or in any subsequent case that may be filed on my behalf for the same issues.

By choosing to file this consent, I understand that I will be bound by the judgment of the court and any settlement that may be negotiated on behalf of all Plaintiffs.

_____        _____
Signature                                                            Date

_____
Printed Name

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:**

This information will be kept confidential and is necessary for
your attorney's files for litigation and possible settlement purposes.

Name:_____

Any other Name(s) used or known by:

_____

Street Address: _____

Mailing Address: _____

City, State & Zip Code: _____

Daytime Telephone: _____

Evening Telephone: _____

Cellular Telephone: _____

E-Mail Address: _____

Complete, sign, and email, fax or mail this Consent Form to:

Robert Schmidt
Crews Law Firm, P.C.
701 Brazos, Ste. 900
Austin, Texas  78701
Phone: (512) 346-7077, ext. 103
Fax: (512) 342-0007
E-mail: schmidt@crewsfirm.com