# EXHIBIT F

### Script For Contacting Class Members

If actually speaking with a class member:

*Hello, my name is _____ with the Crews Law Firm, the law firm representing the workers in the Land Restoration overtime claim. The Court in this overtime case has ordered us to send notice to current and former employees of Land Restoration. The notice explains your rights in this claim. We're calling to make sure that you have received notice. If you have not yet received the notice, we can mail and email it to you. Our records show your current address as [_____] and your email address is [_____] .*

*Is that correct and have you received the notice?*

*[If correct, continue with text below. If not correct or haven't received notice, take correct information and state:]*

*We will [correct our records and] resend and email the notice to you.*

*[Continued script:]*

*We also want to let you know that the Court has made clear that you cannot be retaliated against in any way for making an overtime claim in this case. You also cannot be asked any questions about your citizenship or residency, and will not be reported to authorities for participating in this overtime case.*

*If you have any questions you can speak confidentially to a lawyer of your choice or a lawyer at our firm representing the workers. The telephone number for the lawyers representing the workers in this case is [_____]. That's [_____] which should be the number on your caller ID.*

*Ok thank you. (Good bye.)*

*[If caller asks a question or wants to speak to an attorney]*

*I'm sorry, but I can't answer that question. I will ask the attorney to call you. Should he call you at this number? [confirm number]*

*Ok I will ask him to call you. Thank you. (Good bye.)*

[If leaving a voice message:]

*Hello, my name is _____ with the Crews Law Firm, the law firm representing the workers in the Land Restoration overtime claim. The Court in this overtime case has ordered us to send notice to current and former employees of Land Restoration. The notice explains your rights in this claim. We're calling to make sure that you have received notice. If you have not yet received the notice, we can mail and email it to you. Our records show your current address as [_____] and your email address is [_____] .*

*If that is not still your current address and email or if you haven't received the notice, please call or text your name and address and email to [_____], which should be the number on your caller ID.*

*We also want to let you know that the Court has made clear that you cannot be retaliated against in any way for making an overtime claim in this case. You also cannot be asked any questions about your citizenship or residency, and will not be reported to authorities for participating in this overtime case.*

*If you have any questions you can speak confidentially to a lawyer of your choice or a lawyer at our firm representing the workers. The telephone number for the lawyers representing the workers in this case is this same number: [_____].*

*Thank you. (Good bye.)*