IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SERGIO CONTRERAS and ALBERTO SANCHEZ, on Behalf of Themselves and Others Similarly Situated, Plaintiffs, | § § § § § | |
| V. | § § | CIVIL ACTION NO. 1:16-CV-883 |
| LAND RESTORATION LLC and LAND RESTORATION HOLDINGS LLC Defendants. | § § § § | JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND NOTICE TO CLASS**

Before the Court is Plaintiffs' Motion for Conditional Certification of Collective Action and Notice to Class. Having reviewed the motion and any responses, the Court finds that Plaintiffs have met their burden for conditional certification.

**IT IS THERFORE ORDERED** that Plaintiffs' Motion for Conditional Certification of Collective Action and Notice to Class filed on January 19, 2017 is **GRANTED**.

**IT IS FURTHER ORDERED** that, within ten days of the date of this Order, Defendants shall provide to Plaintiffs' counsel a list of all current and former employees who worked as manual laborers and were paid an hourly or daily rate at any time during the three year period before the filing of this lawsuit ("Class Members") including the individual's name, current or last known address, e-mail address, and telephone numbers. Defendants shall provide this information in usable electronic format (Word, Word Perfect or Excel).

**IT IS FURTHER ORDERED** that Plaintiffs may disseminate the Notice and Consent/Information forms attached to Plaintiffs' motion as Exhibit E (in both English and Spanish) to all Class Members via mail, email, and Facebook.  Plaintiff may disseminate via

1

mail, email, and Facebook a second copy of the Notice and Consent/Information forms reminding the Class Members of the deadline.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel may contact the Class Members by telephone and must follow the script (in either English and Spanish) attached to Plaintiff's motion as Exhibit F.  Plaintiffs' counsel may contact the Class Members by telephone only once, unless a Class Member requests additional contact.

**IT IS FURTHER ORDERED** that Defendants shall distribute the Notice and Consent/Information forms attached to Plaintiffs' motion as Exhibit E (in both English and Spanish) with paychecks to current employees within fifteen days after the date of this order or with the first paycheck thereafter.

**IT IS FURTHER ORDERED** that Defendants shall post the Notice and Consent/Information forms attached to Plaintiffs' motion as Exhibit E (in both English and Spanish) in a conspicuous place readily and routinely available for review by the Class Members at Defendants' place of business commencing ten days after the date of this order.

**IT IS FURTHER ORDERED** that Defendants shall not communicate by any means directly or indirectly about any aspect of this lawsuit with any Class Member until this lawsuit is concluded.

**IT IS FURTHER ORDERED** that anyone who wishes to join this action must return a consent form to counsel postmarked within sixty days after the date that Defendants provide to Plaintiffs the information described in this order.   Counsel will file the consent forms with the Court.

Signed on the _____ day of _____, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE